IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–03–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM EDWARD COFFIN, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 27.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

William Edward Coffin is charged with two counts of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Counts I–II). (Doc. 2.) Judge DeSoto recommends that this Court accept Mr. Coffin's guilty plea as to

1

Count II after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full. In light of the United States' motion for preliminary order of forfeiture (Doc. 28), the Court will address the issue of forfeiture by separate order.

    Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 27) is ADOPTED in full.

    IT IS FURTHER ORDERED that Mr. Coffin's motion to change plea (Doc. 16) is GRANTED.

    IT IS FURTHER ORDERED that William Edward Coffin is adjudged guilty as charged in Count II of the Indictment.

    DATED this 19th day of May, 2022.

                                                        Dana L. Christensen, District Judge
United States District Court