IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD COFFIN,<br><br>Defendant. | CR 22–03–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 37.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on May 27, 2022. (Doc. 32).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 33, 33-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

Accordingly, IT IS ORDERED that the Motion for Final Order of Forfeiture (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Glock, model 22, .40 caliber semi-automatic pistol (serial number BBMA155);
- Springfield Armory, model XDS, .45 caliber semi-automatic pistol (serial number S3114420);
- Bushmaster, model XM15-E2s, 5.56mm caliber semi-automatic rifle (serial number BFI647918);
- 55 rounds of assorted ammunition; and
- 500 rounds of assorted ammunition.

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of August, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court