IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD COFFIN,<br><br>Defendant. | CR 22–03–BU–DLC<br><br><br><br>ORDER |

During the sentencing hearing in this matter, the Court misstated that Count 2 of the Indictment would be dismissed with prejudice when, in fact, Mr. Coffin pleaded guilty to Count 2 of the Indictment, and Count 1 of the Indictment was to be dismissed with prejudice. (Docs. 19, 27.) The Court files this Order to acknowledge this clerical error and to clarify that Count 1 of the Indictment is dismissed with prejudice, as reflected in the Judgment filed in this case. (Doc. 41.)

DATED this 11th day of August, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1